# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CALVIN LESLIE, | Case No.: 3:25-cv-00397-MMD-CSD |
| Plaintiff | **Order** |
| v. | |
| CECILIA STERN, et al., | |
| Defendants | |

On September 15, 2025, the court entered an order screening Plaintiff's complaint and granting Plaintiff leave to file an amended complaint. (ECF No. 6.) The court's order was later returned as undeliverable. It appears that Plaintiff is now being housed at High Desert State Prison. The Clerk of the Court is therefore directed to **SEND** a copy of the court's order dated September 15, 2025, (ECF No. 5), a copy of the instructions for filing a civil rights complaint by an incarcerated individual, and a form civil rights complaint by an inmate to Plaintiff at High Desert State Prison, P.O. Box 650, Indian Springs, NV 89070-0650, offender number 1270787. Plaintiff will have until November 5, 2025, to file any amended complaint in compliance with the court's order of September 11, 2025.

Pursuant to Local Rule IA 3-1, a party is required to immediately file with the court written notification of any change of mailing address, and a failure to do so could result in the

dismissal of an action. Accordingly, Plaintiff must update his address on or before October 20, 2025, or this action may be dismissed.

**IT IS SO ORDERED**.

Dated: October 6, 2025

_____
Craig S. Denney
United States Magistrate Judge